# Court of Appeals
# of the State of Georgia

ATLANTA,___October 01, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2145.  IN THE INTEREST OF S.P., A CHILD**

The appeal in this case was docketed on July 15, 2015.  Appellant's brief and enumeration of errors were due on August 4, 2015.  By order dated September 4, 2015, the Court ordered Appellant to file to file his or her brief no later than September 14, 2015.  As of the date of this Order, Appellant's brief and enumeration of errors have not been filed.  Accordingly, this appeal is hereby dismissed as abandoned. See Court of Appeals Rule 23 (a); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,_____10/01/2015_____*
      *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
            *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*